# United States Court of Appeals
## For the First Circuit

---

No. 07-1113

ERNEY TOBON-MARIN, ET AL.,

Petitioners,

v.

MICHAEL B. MUKASEY, ATTORNEY GENERAL,

Respondent.

---

**ERRATA SHEET**

The opinion of this court issued January 8, 2008, should be amended as follows:

On page 5, line 14, "prosecutors" should be "persecutors."